# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WILLIAM CARVER and DEBRA CARVER,, <br><br> Plaintiffs, <br><br> vs. <br><br> PAPÉ D.W., INC., et al., <br><br> Defendants. | Case No. 8:19-cv-02515-KES <br><br> [~~PROPOSED~~] ORDER RE: STIPULATED PROTECTIVE ORDER <br><br> Judge:  Karen E. Scott <br> Courtroom:  6D <br><br> Trial Date:  October 5, 2021 |

BASED UPON THE GOOD CAUSE SHOWN IN THE PARTIES STIPULATED PROTECTIVE ORDER FILED BY THE PARTIES ON DECEMBER 9, 2020, THE COURT ENTERS AN ORDER APPROVING OF THE STIPULATED PROTECTIVE ORDER.

DATED: December 10, 2020

/s/ Karen E. Scott

HON. KAREN E. SCOTT
United States Magistrate Judge

LEWIS BRISBOIS